# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>MONICA Y TATE<br><br>Debtor(s) | Case No. 11-34988 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2011.

2) The plan was confirmed on 12/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/28/2013.

5) The case was converted on 04/18/2013.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $21,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| **Receipts:** | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,720.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,720.00** |

| **Expenses of Administration:** | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,355.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $268.31 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,623.81** |
| Attorney fees paid and disclosed by debtor: | $144.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNTS RECEIVABLE MGMT INC | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORP | Unsecured | 170.08 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT ASSOC | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 471.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 3,454.69 | 4,349.26 | 4,349.26 | 46.11 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 3,000.00 | 1,038.22 | 1,038.22 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE/NBS | Secured | 7,805.00 | 7,777.98 | 7,777.98 | 1,046.99 | 257.26 |
| CAPITAL ONE FINANCIAL | Unsecured | 2,830.20 | NA | NA | 0.00 | 0.00 |
| CARDIOSPECIALIST GROUP | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 1,057.73 | NA | NA | 0.00 | 0.00 |
| CFS & ASSOC | Unsecured | 1,428.24 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 780.60 | 780.60 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 350.72 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 400.60 | 400.60 | 400.60 | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| EASTERN SAVINGS BANK | Secured | 6,487.82 | 0.00 | 1,457.47 | 1,457.47 | 0.00 |
| EASTERN SAVINGS BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Unsecured | 17,509.00 | 27,202.00 | 27,202.00 | 288.36 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,153.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| HOMECARE COLLECTION SERVICE | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 31.56 | NA | NA | 0.00 | 0.00 |
| JOHN DEFOREST | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | Unsecured | 491.33 | 491.33 | 491.33 | 0.00 | 0.00 |
| MRSI | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 179.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,424.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,559.80 | NA | NA | 0.00 | 0.00 |
| RAWLINGS FINANCIAL SERVICES | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS MEDICAL CTR | Unsecured | 312.50 | NA | NA | 0.00 | 0.00 |
| ST JAMES HEALTH CENTER | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,457.47 | $1,457.47 | $0.00 |
| Debt Secured by Vehicle | $7,777.98 | $1,046.99 | $257.26 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,235.45** | **$2,504.46** | **$257.26** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$34,262.01** | **$334.47** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,623.81 |
| Disbursements to Creditors | $3,096.19 |
| **TOTAL DISBURSEMENTS :** | **$6,720.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/29/2013                              By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**